STATE OF LOUISIANA

VERSUS

ZANNIE NEAL

NO. 24-KH-48

FIFTH CIRCUIT

COURT OF APPEAL

STATE OF LOUISIANA

FIFTH CIRCUIT COURT OF APPEAL
A TRUE COPY OF DOCUMENTS AS
SAME APPEARS IN OUR RECORDS

Susan S. Buchholz
Chief Deputy, Clerk of Court

March 12, 2024

Susan Buchholz
Chief Deputy Clerk

**IN RE** STATE OF LOUISIANA

---

**APPLYING FOR**  SUPERVISORY WRIT FROM THE TWENTY-FOURTH JUDICIAL DISTRICT COURT, PARISH OF JEFFERSON, STATE OF LOUISIANA, DIRECTED TO THE HONORABLE JOSEPH A. MARINO, III, JUDGE AD HOC, AND HONORABLE GLENN B. ANSARDI, JUDGE PRO TEMPORE DIVISION "D", NUMBER 98-3238

---

Panel composed of Judges Susan M. Chehardy,
Marc E. Johnson, and Timothy S. Marcel

**WRIT GRANTED**

Relator, the State of Louisiana, seeks review of the trial court's December 21, 2023 order that granted the motion for appeal filed by Defendant, Zannie Neal. According to Defendant's "Motion for Appeal and Designation of Record," Defendant is attempting to appeal the trial court's December 5, 2023 order that denied his second or subsequent application for post-conviction relief. However, there is no right of appeal from a judgment denying post-conviction relief; the proper procedure for this claim is by application for supervisory writ. *State v. Johnson*, 98-650 (La. App. 5 Cir. 2/10/99), 729 So.2d 55, 56.

Therefore, we find that the trial court erred by granting Defendant's motion for appeal. Accordingly, we grant the writ application, vacate the trial court's December 22, 2023 order that granted Defendant's motion for appeal, and reserve

Defendant's right to file a proper application for supervisory writs in compliance with Uniform Rules—Courts of Appeal, Rule 4-3.

Gretna, Louisiana, this 12th day of March, 2024.

**MEJ**
**SMC**
**TSM**

SUSAN M. CHEHARDY
CHIEF JUDGE

FREDERICKA H. WICKER
JUDE G. GRAVOIS
MARC E. JOHNSON
STEPHEN J. WINDHORST
JOHN J. MOLAISON, JR.
SCOTT U. SCHLEGEL
TIMOTHY S. MARCEL

JUDGES



FIFTH CIRCUIT

101 DERBIGNY STREET (70053)

POST OFFICE BOX 489

GRETNA, LOUISIANA 70054

www.fifthcircuit.org

CURTIS B. PURSELL
CLERK OF COURT

SUSAN S. BUCHHOLZ
CHIEF DEPUTY CLERK

LINDA M. WISEMAN
FIRST DEPUTY CLERK

MELISSA C. LEDET
DIRECTOR OF CENTRAL STAFF

(504) 376-1400
(504) 376-1498 FAX

## <u>NOTICE OF DISPOSITION CERTIFICATE OF DELIVERY</u>

I CERTIFY THAT A COPY OF THE DISPOSITION IN THE FOREGOING MATTER HAS BEEN TRANSMITTED IN ACCORDANCE WITH **UNIFORM RULES - COURT OF APPEAL, RULE 4-6** THIS DAY <u>03/12/2024</u> TO THE TRIAL JUDGE, THE TRIAL COURT CLERK OF COURT, AND AT LEAST ONE OF THE COUNSEL OF RECORD FOR EACH PARTY, AND TO EACH PARTY NOT REPRESENTED BY COUNSEL, AS LISTED BELOW:

CURTIS B. PURSELL
CLERK OF COURT

**24-KH-48**

### <u>E-NOTIFIED</u>

24th Judicial District Court (Clerk)
Honorable Joseph A. Marino, III (DISTRICT JUDGE)
Honorable Glenn B. Ansardi (DISTRICT JUDGE)
Eddie J. Jordan, Jr. (Respondent)       Thomas J. Butler (Relator)
                                         Juliet L. Clark (Relator)

### <u>MAILED</u>

Honorable Paul D. Connick, Jr. (Relator)
District Attorney
Twenty-Fourth Judicial District
200 Derbigny Street
Gretna, LA 70053